IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD and BECKI CONNALLY,        :

    Plaintiffs,                    :

vs.                               :         CA 12-0064-KD-C

STATE FARM FIRE AND               :
CASUALTY COMPANY, et al.,
                                  :
    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 22, 2012, is **ADOPTED** as the opinion of this Court.

DONE this 12th day of June, 2012.

        s/ Kristi K. DuBose
        KRISTI K. DuBOSE
        UNITED STATES DISTRICT JUDGE